IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON FLEMONS                                                                              PETITIONER
ADC # 119749

V.                          CASE NO. 5:17-CV-00224-BRW-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, I approve and adopt the findings and recommendations in all respects.

Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of February, 2019.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE