IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON FLEMONS                                                           PETITIONER
ADC # 119749

VS.              CASE NO. 5:17-CV-00224-BRW-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                       RESPONDENT

## JUDGMENT

Based on the Order entered today, plaintiff's petition is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of February, 2019.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE